STATE v. COBB

No. 296P02

Case below: 150 N.C. App. 31

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. COE

No. 389P02

Case below: 144 N.C. App. 449

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. COLE

No. 45P02

Case below: 147 N.C. App. 637

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 15 August 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. CRUMP

No. 294P02

Case below: 149 N.C. App. 977

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.